**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**A.M. by and through next friend,
NAKALA MURRY, and NAKALA MURRY**                             **PLAINTIFFS**

**v.**                            **CIVIL ACTION NO.: 4:25-cv-53-DMB-DAS**

**CITY OF INDIANOLA, MISSISSIPPI; and
OFFICER GREG CAPERS**                                        **DEFENDANTS**

## ORDER STAYING CASE

Defendants, City of Indianola, Mississippi, and Sergeant Greg Capers, have moved this Court for a stay of these proceedings pending resolution of Defendants' Motion for Summary Judgment **[Docs. 59 & 60]** requesting dismissal of all of Plaintiffs' claims based upon immunity defenses and others. Defendants' dispositive Motion asserting immunity defenses remains pending before this Court.

*Local Uniform Civil Rule* 16(b)(3)(B) provides "[f]iling a motion to compel arbitration, or a motion asserting an immunity defense or jurisdictional defense stays the attorney conference and disclosure requirements and all discovery, pending the court's ruling on the motion, including any appeal." "The plain language of *Local Civil Rule* 16(b)(3) clearly provides that filing a motion based on immunity defenses stays all discovery in a case." *Patterson v. City of McComb, Mississippi*, No. 5:18 CV 74(DCB)(MTP), 2018 WL 4471778, at *1 (S.D. Miss. Sept. 18, 2018) (citing *L. U. Civ. R.* 16(b)(3)(B)).

Accordingly, by operation of *Local Uniform Civil Rule* 16(b)(3)(B), this case and any further discovery, disclosure requirements, and attorney conference are hereby stayed, pending a ruling on the Defendants' Motion for Summary Judgment. The parties are directed to notify the Court within seven days of a ruling on the pending motion for summary judgment.

**IT IS THEREFORE ORDERED** that Defendants' Motion for Stay **[Doc. 61]** is **GRANTED**.

SO ORDERED, this the 4th day of December, 2025.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE